862 A.2d 578

**In the Matter of Rhonda McCullough ANDERSON**

**No. 971 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 15, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of October, 2004, the Joint Petition to Temporarily Suspend an Attorney is granted, Rhonda McCullough Anderson is placed on temporary suspension, and she shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.